

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAR 29 PM 4: 47

U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

TYLER ULM

      Defendant.

CASE NO. 8:18 cr 44 - ▄ ▄

JUDGE     **WALTER H. RICE**

INDICTMENT

18 U.S.C. § 2423(b) and (e)
18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2251(d)
18 U.S.C. § 2252(a)(1)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2260A

FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES:**

## COUNT 1

### [18 U.S.C. §§ 2423(b) and (e)]

On or about August 6, 2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, traveled and attempted to travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person.

All in violation of Title 18, United States Code, Sections 2423(b) and (e).

## COUNT 2

### [18 U.S.C. §§ 2251(a) and (e)]

On or about November 19, 2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly employed, used, persuaded, induced, enticed, and coerced a minor,

namely, "Minor A," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3

### [18 U.S.C. §§ 2251(a) and (e)]

On or about November 26, 2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, "Minor A," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 4

### [18 U.S.C. §§ 2251(a) and (e)]

On or about November 27, 2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, "Minor A," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting

2

interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code Sections 2251(a) and (e).

## COUNT 5

### [18 U.S.C. §§ 2251(a) and (e)]

On or about December 29, 2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, "Minor A," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code Sections 2251(a) and (e).

## COUNT 6

### [18 U.S.C. §§ 2251(a) and (e)]

On or about January 9, 2018, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, "Minor A," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code Sections 2251(a) and (e).

## COUNT 7

### [18 U.S.C. §§ 2251(a) and (e)]

On or about January 31, 2018, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, "Minor B," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 8

### [18 U.S.C. §§ 2251(a) and (e)]

On or about February 6, 2018, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, "Minor B," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and attempted to do so, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 9

### [18 U.S.C. § 2251(d)]

Beginning on or about May 27, 2017 and continuing until on or about October 19, 2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly made, printed, and

4

published or caused to be made, printed, and published a notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct and participation in any act of sexually explicit conduct by and with a minor for the purpose of producing a visual depiction of such conduct. At the time, the defendant, **TYLER ULM**, knew such notice and advertisement would be transported using any means or facility of interstate and foreign commerce or in and affecting interstate and foreign commerce by any means including by computer or mailed and such notice and advertisement was transported using any means or facility of interstate and foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mailed.

All in violation of Title 18, United States Code, Section 2251(d).

## COUNT 10

### [18 U.S.C. §§ 2252(a)(2) and (b)(l)]

Beginning on or about December 27, 2016 and continuing until on or about November 30, 2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly distributed any visual depiction using any means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the

5

production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions are of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(l).

## COUNT 11

### [18 U.S.C. §§ 2252(a)(2) and (b)(l)]

Beginning on or about February 22, 2017 and continuing until on or about December 26, 2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly distributed any visual depiction using any means and facility of interstate and foreign commerce, and which visual depictions had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which have been mailed and shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions are of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(l).

## COUNT 12

### [18 U.S.C. §§ 2252(a)(1) and (b)]

Beginning on or about May 12, 2017 and continuing until on or about December 18, 2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly transported any

child pornography, as defined in Title 18, United States Code, Section 2256(8), in or affecting

interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(1) and (b).

## COUNT 13

### [18 U.S.C. §§ 2252(a)(1) and (b)]

Beginning on or about November 20, 2017 and continuing until on or about February 7,

2018
~~2017~~, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly transported

any child pornography, as defined in Title 18, United States Code, Section 2256(8), in or

affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(1) and (b).

## COUNT 14

### [18 U.S.C. § 2252(a)(4)(B)]

Beginning on or about December 15, 2016, and continuing up to and until December 19,

2017, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly possessed at

least one matter which contains any visual depiction that had been shipped and transported using

any means and facility of interstate and foreign commerce and was produced using materials

which had been mailed and shipped and transported using any means and facility of interstate

and foreign commerce, including by computer, and the production of such visual depiction

involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was

of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

7

## COUNT 15

### [18 U.S.C. § 2252(a)(4)(B)]

On or about February 15, 2018, in the Southern District of Ohio, the defendant, **TYLER ULM**, knowingly possessed at least one matter which contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT 16

### [18 U.S.C. § 2260A]

Beginning on an exact date unknown, but at least by on or about May 27, 2017 through on or about February 6, 2018, the defendant, **TYLER ULM**, being required by Federal or other law to register as a sex offender, committed a felony offense involving a minor; namely the felony offenses charged in Counts One through Nine of this Indictment.

All in violation of Title 18, United States Code, Section 2260A.

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, **TYLER ULM**, shall forfeit to the United States pursuant to 18 U.S.C. § 2428(a): (1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense alleged in Count 1 of this Indictment; and (2) any property, real or personal, constituting or

derived from any proceeds obtained, directly or indirectly, as a result of the offense, including but not limited to: a ZTE cellular telephone, Model N9519, SN: 320375817555.

### FORFEITURE ALLEGATION 2

Upon conviction of Count 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 and/or 15 of this Indictment, the defendant, **TYLER ULM**, shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Chapter 110 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to: a ZTE cellular telephone, Model N9519, SN: 320375817555.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by

18 U.S.C. § 2461(c) and 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the

defendant, up to the value of the property described above.


**A TRUE BILL**

/s/ signed
_____
**FOREPERSON**


**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**

_____
**SAMEE HARDEN, (DC 1005658)**
**Assistant United States Attorney**

10

