IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18CR44 |
| v. | : | JUDGE WALTER H. RICE |
| TYLER ULM | : | ORDER TO UNSEAL INDICTMENT (R.13) FORWARD |

Upon motion of the United States, and for the reason that the above captioned defendant is in custody, the Indictment (R.13) forward in the above captioned case is hereby ordered unsealed.

DATE: 4-2-18

JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT