IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:18-CR-44 |
| Plaintiff | : | JUDGE WALTER H. RICE |
| v. | : | |
| TYLER ULM | : | ORDER CORRECTING CLERICAL ERROR IN INDICTMENT |
| Defendant | : | |

**ORDER**

Upon the Motion of the United States to Correct Clerical Mistake regarding the publicly filed Indictment, which inadvertently misidentified Count 13's date range as November 20, 2017 to February 7, 2017, instead of the correct date range of November 20, 2017 to February 7, 2018.

It is hereby **ORDERED**, pursuant to Federal Rule of Criminal Procedure 36, that the Clerk of Court for the United States District Court for the Southern District of Ohio shall docket the pen and ink changes made to the Indictment.

**SO ORDERED**.

Date: 4-10-18

HON. WALTER H. RICE
UNITED STATES DISCTRICT COURT JUDGE