IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18CR00044 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| TYLER ULM | : | |
| Defendant. | : | |

## AGREED ORDER

This matter comes before this Honorable Court upon the Government's request for restitution on behalf of the various minor victims portrayed in the **"Spongebob"**, **"Sweet Sugar"**, **"Surfer Hair"**, **"RapJerseys"**, and **"8 Kids"** series of images. For purposes of this Agreed Order, the said minor victims are referred to respectively as "Andy", "Pia", "Ava", "Mya", "Jessy", "Kauzie", "John Doe I", "John Doe II", "John Doe III", "John Doe IV" and "John Doe V". The images of said individuals were unlawfully distributed by defendant **TYLER ULM**, in violation of 18 United States Code, Section 2252 (a)(2) and (b)(1).

The United States and the defendant **TYLER ULM**, have reached a stipulated agreement pursuant to Title 18, United States Code, Section 2259 which requires the Court to impose restitution for any offense committed under Chapter 110, which applies to the conviction of distribution of child pornography. There is no factual dispute between the parties that the defendant **TYLER ULM** distributed at least one image of child pornography depicting the above-identified minors in the **"Spongebob"**, **"Sweet Sugar"**, **"Surfer Hair"**, **"RapJerseys"**, and **"8 Kids"** series.

The parties further agree and stipulate that the said victims seeking restitution in this case, legally qualify as victims as defined in Section 2259, that is, an individual "harmed as a result of

1

a commission of a crime under this chapter [the Sexual Exploitation and Other Abuse of Children Chapter of Title 18]." *See* 18 U.S.C. § 2259(c).

**IT IS THEREFORE AGREED** by and between the parties that defendant **TYLER ULM**, is deemed liable for a portion of the total harm/losses suffered by the said victims in the **"Spongebob"**, **"Sweet Sugar"**, **"Surfer Hair"**, **"RapJerseys"**, and **"8 Kids"** series. Accordingly, defendant **TYLER ULM** agrees to pay a total of $33,000 as restitution to said victims identified above in the **"Spongebob"**, **"Sweet Sugar"**, **"Surfer Hair"**, **"RapJerseys"**, and **"8 Kids"** series, in the following specified amounts:

| Victim | Amount | c/o Attorney | Address |
|---|---|---|---|
| A. Andy | $3,000 | Spencer Wyatt, Esq. | 548 Market St. #65135 San Francisco, CA 94104 |
| B. Pia | $ 3,000 | Debbie Bianco, Esq. | 14535 Bellevue-Redmond Rd Suite 201 Bellevue, WA 98007 |
| C. Ava | $ 3,000 | Debbie Bianco, Esq. | 14535 Bellevue-Redmond Rd Suite 201 Bellevue, WA 98007 |
| D. Mya | $ 3,000 | Debbie Bianco, Esq. | 14535 Bellevue-Redmond Rd Suite 201 Bellevue, WA 98007 |
| E. Jessy | $ 3,000 | Debbie Bianco, Esq. | 14535 Bellevue-Redmond Rd Suite 201 Bellevue, WA 98007 |
| F. Kauzie | $3,000 | Debbie Bianco, Esq. | 14535 Bellevue-Redmond Rd Suite 201 Bellevue, WA 98007 |
| G. John Doe I | $3,000 | Tanya Hankins, Esq. | 215 Tacoma Ave., South Tacoma, WA 98402 |
| H. John Doe II | $3,000 | Tanya Hankins, Esq. | 215 Tacoma Ave., South Tacoma, WA 98402 |

| | | | | |
|---|---|---|---|---|
| I. | John Doe III | $3,000 | Tanya Hankins, Esq. | 215 Tacoma Ave., South Tacoma, WA 98402 |
| J. | John Doe IV | $3,000 | Tanya Hankins, Esq. | 215 Tacoma Ave., South Tacoma, WA 98402 |
| K. | John Doe V | $3,000 | Tanya Hankins, Esq. | 215 Tacoma Ave., South Tacoma, WA 98402 |

Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall thereafter be distributed to the respective victims through their counsel and/or representative.

The specific payment details will be set forth by the Court in the Judgment and Commitment Order.

**IT IS SO ORDERED.**

_____
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT

**REVIEWED AND AGREED TO BY:**

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

_____
LAURA I. CLEMMENS (OR 02276)
Assistant United States Attorney

_____
TYLER ULM
Defendant

_____
F. ARTHUR MULLINS, ESQ.
Counsel for Defendant TYLER ULM